IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:23-CR-484 SEP SPM |
| CARL BOWMAN | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S 3D MOTION FOR MORE TIME TO FILE PRETRIAL MOTIONS**

CARL BOWMAN, through his attorney, Charles J. Banks, Assistant Federal Public Defender, moves this court to grant an additional 28 days to file pretrial motions or waiver in this cause.

1. As of now, pretrial motions are due on December 11, 2023.

2. Undersigned counsel has corresponded with Mr. Bowman.

3. Counsel anticipates being able to file either a waiver or pretrial motions in the near future.

4. Counsel is acting as expeditiously as possible, but the decision whether to file and litigate pretrial motions is not taken lightly; the decision can impact points for acceptance of responsibility in the event of a conviction.

5. The ends of justice served by giving Mr. Bowman adequate time to fully and competently prepare and consider his options, outweigh the interest of the defendant and the public in a speedy and public trial.

WHEREFORE Mr. Bowman requests an additional 28 days to file pretrial motions or waiver in this cause.

Respectfully submitted,

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Charles_Banks@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2023 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon J. Christian Goeke, Assistant United States Attorney.

/s/Charles J. Banks
CHARLES J. BANKS
Assistant Federal Public Defender