# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 4:23-cr-484 SEP |
| | ) | |
| CARL BOWMAN, | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

      Before the Court is Defendant's Motion to Authorize the Probation Office to Disclose Chronological Log Notes, Doc. [122]. In the motion, Defendant seeks an Order from this Court authorizing the U.S. Probation Office to disclose the chronological log notes of Probation Officer John Wolf pertaining to his supervision of Mr. Bowman from May 2023 through August 2023. The Government does not oppose the motion. Therefore, for the reasons stated in the motion, the Court grants Defendant's motion and authorizes the Probation Office to provide such notes to the Government, which in turn may disclose the notes to Defendant as appropriate.

      Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion to Authorize the Probation Office to Disclose Chronological Log Notes, Doc. [122], is **GRANTED**.

Dated this 10th day of October, 2025.

SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE